U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 25 2016

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICKY A. LEWIS, Petitioner | CIVIL ACTION NO. 1:16-CV-557; SECTION "P" |
| VERSUS | JUDGE TRIMBLE |
| JERRY GOODWIN, ET AL., Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus filed pursuant to § 2241 be **DISMISSED**. To the extent that Petitioner intends to seek relief pursuant to § 2254, he must obtain approval from the Fifth Circuit Court of Appeals prior to filing the petition in this Court.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 25th day of July, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE